# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# TAMPA DIVISION

ASHLEY EDWARDS,

    Plaintiff,

v.                                        Case No: 8:24-cv-2533-WFJ-CPT

CLARITY SERVICES, INC. and
PROPEL HOLDINGS, INC.,

    Defendants.
_____/

## O R D E R

The Court has been advised by **the Notice of Settlement (Dkt. 5)** that the above-styled action has been settled as to Defendant Clarity Services, Inc. ("Clarity") only. Accordingly, pursuant to Local Rule 3.09, M.D. Fla., it is

**ORDERED AND ADJUDGED** that this cause is hereby **DISMISSED** without prejudice s to Clarity and subject to the right of the parties, within sixty (60) days of the date of this order, to submit a stipulated form of final order or judgment should they so choose or for any party to move to reopen the action, *upon good cause shown*. After that 60-day period, however, dismissal shall be with prejudice as to Clarity.

**DONE** and **ORDERED** in Tampa, Florida on November 20, 2024.

                                                s/*William F. Jung*
                                                **WILLIAM F. JUNG**
                                                **UNITED STATES DISTRICT JUDGE**

**COPIES FURNISHED TO**:
Counsel of Record