# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# TAMPA DIVISION

ASHLEY EDWARDS,

    Plaintiff,

v.                                                              Case No: 8:24-cv-2533-WFJ-CPT

PROPEL HOLDINGS, INC.,

    Defendant.
_____/

## ORDER

The Court has been advised by **the Notice of Settlement (Dkt. 23)** that the above-styled action has been settled as to the remaining Defendant Propel Holdings, Inc. Accordingly, pursuant to Local Rule 3.09, M.D. Fla., it is

**ORDERED AND ADJUDGED** that this cause is hereby **DISMISSED** without prejudice as to Propel Holdings, Inc. and subject to the right of the parties, within <u>sixty (60) days</u> of the date of this order, to submit a stipulated form of final order or judgment should they so choose or for any party to move to reopen the action, *upon good cause shown*. After that 60-day period, however, dismissal shall be with prejudice as to Propel Holdings, Inc. The Clerk is directed to terminate any pending motions/deadlines and to CLOSE the file.

**DONE** and **ORDERED** in Tampa, Florida on January 28, 2025.

                                                                  s/*William F. Jung*
                                                                  **WILLIAM F. JUNG**
                                                                  **UNITED STATES DISTRICT JUDGE**

**COPIES FURNISHED TO**: Counsel of Record